# Exhibit A

# '872 Patent

| US9531872 B2 Claim 10 | Talkdesk |
|---|---|
| 10. A method for providing an indication about a missed call, said method comprising the following steps: | <br><https://www.talkdesk.com/cloud-contact-center/><br>Talkdesk has a method for providing an indication about a missed call. |

| US9531872 B2 Claim 10 | Talkdesk |
|---|---|
| receiving an incoming call by means of a communication apparatus comprising receiving means; processing said received incoming call by means of a control unit coupled to said receiving means; outputting, by means of an output means, information related to the received incoming call to a user of the communication apparatus; | **Receiving a Call** FOLLOW<br>OCTOBER 12, 2021 04:44<br><br>**Receiving a call from a new contact**<br><br>In order to be able to receive calls, your agent status needs to be set to **Available** (you can select your current status in the right upper corner of Talkdesk) [1].<br><br>When a call is coming in, in addition to hearing the phone ring, you can see which customer is calling on the right sidebar [2]. In case of a new customer, the phone number is displayed.<br><br>If you have Desktop Notifications enabled, you will also see a pop-up notification letting you know that you have an incoming call.<br><br>Call controls show on Talkdesk's right bar of the Agent Dashboard, and this is where you can accept, decline and control a call that is in progress.<br><br><https://support.talkdesk.com/hc/en-us/articles/200980675-Receiving-a-Call><br><br>The reference describes receiving an incoming call by means of a communication apparatus comprising receiving means.<br><br>The reference describes processing said received incoming call by means of a control unit coupled to said receiving means.<br><br>The reference describes outputting, by means of an output means, information related to the received incoming call to a user of the communication apparatus. |

| US9531872 B2 Claim 10 | Talkdesk |
|---|---|
| wherein said step of outputting information is performed by cause processing means associated to said control unit, said cause processing means performing the steps of:<br><br>verifying if the received incoming call is a missed received incoming call that was received by the communication apparatus but was not answered by the user of the communication apparatus;<br><br>extracting a cause value from a cause information element sent from a network to said apparatus; and<br><br>outputting to the user an indication related to the cause value via the output means; | **What is an Abandoned call?** FOLLOW<br>NOVEMBER 30, 2021 05:46<br><br>You can see abandoned calls in both Explore dashboards and reports.<br><br>These are calls that did not reach the agents because the customer disconnected while in the waiting queue or in the IVR. This could be because they deliberately hung up or lost connection/service (for instance if they called from a mobile device).<br><br>These include calls disconnected at any point during the IVR. So you may find that in the reporting dashboard when you filter by ring group the number of calls does not change, since these callers did not yet select an IVR option so they show for all ring groups.<br><br>Abandon time is an inbound call metric that captures the time it took the customer to hang up before being connected to an agent. The Abandon call timer begins the moment the customer is connected with your call center, and is presented with a Welcome Greeting or IVR.<br><br>Additionally, you might want to filter out abandoned call statistics, such as average abandon time, abandonment rates, calls that are not in the system long enough to be considered as events. This may occur when a caller mistakenly dials your call center, is not interested in dealing with an IVR, or any case where they decided to hang up immediately. To do this, you must configure a Short Abandoned calls threshold for your account.<br><br><https://support.talkdesk.com/hc/en-us/articles/204587275><br><br>The reference describes verifying if the received incoming call is a missed received incoming call that was received by the communication apparatus but was not answered by the user of the communication apparatus.<br><br>The reference describes extracting a cause value from a cause information element sent from a network to said apparatus.<br><br>The reference describes outputting to the user an indication related to the cause value via the output means. |

| US9531872 B2 Claim 10 | Talkdesk |
|---|---|
| wherein said step of outputting to the user an indication related to the cause value is performed through the steps of: verifying when the cause value comprises an indication that the missed received incoming call was automatically caused by the network, and in such a case consequently outputting to the user via said output means said indication that the missed received incoming call was ended by the network and was urgent; and verifying when the cause value comprises an indication that the missed received incoming call was cleared by the caller, and in such a case outputting to the user via said output means an indication that the missed received incoming call was ended by the caller. | A **missed call** is a call that:<br><br>• Rang at least one agent and was either not answered or was rejected. Please note: if the call goes to the queue and is answered by another agent it will not count as a missed call.<br>• Was routed to voicemail directly (for example, outside of business hours) but the caller hung up during the voicemail greeting (prior to the voicemail prompt or beep).<br>• Was hung up by the caller during the Available Agents Greeting.<br>• Was handled by an agent, then transferred and no agent answered the call transfer. For example, a call is blind transferred by one agent to a ring group, goes into the waiting queue because all agents are busy, stays in the waiting queue and no agent answers the call.<br><br><https://support.talkdesk.com/hc/en-us/articles/201171479-What-is-the-difference-between-a-missed-call-and-an-abandoned-call-><br><br>The reference describes verifying when the cause value comprises an indication that the missed received incoming call was automatically caused by the network, and in such a case consequently outputting to the user via said output means said indication that the missed received incoming call was ended by the network and was urgent.<br><br>The reference describes verifying when the cause value comprises an indication that the missed received incoming call was cleared by the caller, and in such a case outputting to the user via said output means an indication that the missed received incoming call was ended by the caller. |