**CIVIL COVER SHEET ATTACHMENT**

**Related Cases** (Including Present Action)

| Juris. | Date Filed | Case Name | Case Number |
|---|---|---|---|
| D.Del | | Missed Call, LLC v. Freshworks, Inc. | Filed concurrently herewith |
| D.Del | | Missed Call, LLC v. Talkdesk, Inc. | Filed concurrently herewith |
| D.Del | | Missed Call, LLC v. Twilio Inc. | Filed concurrently herewith |